**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Arthroscopic & Laser Surgery Center of San Diego, L.P. |
| 2. | **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names and *doing business as* names | DBA  Oasis Surgery Center |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 63-1166884 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5471 Kearny Villa Rd. Suite 100 San Diego, CA 92123** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Diego** | **Location of principal assets, if different from principal place of business** |
| County | **5471 Kearny Villa Rd. Suite 100 San Diego, CA 92123** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**                    Case number (*if known*) _____
                    Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    6214

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

Debtor    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**                    Case number (*if known*) _____
          Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

 Contact name _____

 Phone _____

---

■ **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|

Debtor    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**                    Case number (*if known*) _____
               Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**                Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 24, 2023**
                MM / DD / YYYY

X **/s/ Laura Harding**                              **Laura Harding**
_____          _____
Signature of authorized representative of debtor    Printed name

        **Secretary, Saratoga Surgery Center**
Title    **Group, Inc.**
        _____

**18. Signature of attorney**

X **/s/ Ahren A. Tiller**                    Date **March 24, 2023**
_____        _____
Signature of attorney for debtor                  MM / DD / YYYY

**Ahren A. Tiller 250608**
_____
Printed name

**Bankruptcy Law Center**
_____
Firm name

**1230 Columbia St., Suite 1100**
**San Diego, CA 92101**
_____
Number, Street, City, State & ZIP Code

Contact phone    **619-894-8831**          Email address _____

**250608 CA**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Balance Sheet, Profit and Loss Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 24, 2023**            X /s/ Laura Harding
_____            _____
                                           Signature of individual signing on behalf of debtor

                                           **Laura Harding**
                                           Printed name

                                           **Secretary, Saratoga Surgery Center Group, Inc.**
                                           Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

11:09 AM

02/03/23

Cash Basis

# Arthoscopic & Laser Surgery Center, LP
## Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Contractual Adjustments** | |
| 4010 · Medicare Contractual | -376,577.65 |
| 4205 · BC/BS Contractual | -485,728.92 |
| 4225 · Tri-Care Contractuals | -6,720,972.43 |
| 4305 · Managed Care Contractual | -278,983.93 |
| 4405 · Workers Comp Contractual | -79,208.14 |
| 4610 · Other/Cosmetic Revenue | -2,952.19 |
| 4700 · Other Contractuals SIS adj | 61,167.22 |
| 4850 · Auto/Litigation Contractuals | -497,722.54 |
| **Total Contractual Adjustments** | -8,380,978.58 |
| | |
| **Outpatient Revenues** | |
| 3500 · Medicare Revenue | 483,116.00 |
| 3600 · Blue Cross/Blue Shield | 741,547.00 |
| 3625 · Tri-Care Revenue | 10,015,594.80 |
| 3650 · Manged Care Revenue | 510,727.00 |
| 3700 · Workers Comp Revenue | 122,000.00 |
| 3800 · Other/Cosmetic  Revenue | 66,675.00 |
| 3830 · Auto Revenue | 603,230.00 |
| **Total Outpatient Revenues** | 12,542,889.80 |
| | |
| 4900 · Special Contractuals | 66,022.94 |
| **Total Income** | 4,227,934.16 |
| | |
| **Gross Profit** | 4,227,934.16 |
| | |
| **Expense** | |
| **Fixed Expenses** | |
| 8500 · Rent Expense | 352,452.65 |
| 8700 · Insurance - General Liability | 26,150.72 |
| 8802 · Insurance - Med Mal | 11,831.44 |
| 9000 · Miscellaneous Taxes | 2,046.50 |
| 9015 · Property Tax | 11,470.14 |
| **Total Fixed Expenses** | 403,951.45 |
| | |
| **Salary Expenses** | |
| 6000 · Salaries and Wages | 1,136,574.09 |
| 6080 · Payroll Taxes | 91,037.24 |
| 6200 · 401K Expenses | 0.00 |
| 6205 · 401K Company Match | 13,870.20 |
| 6240 · Other Benefits | 586.53 |
| 6302 · Group Insurance Premiums | 49,607.82 |
| 6402 · Workers Comp Ins-Premiums | 17,220.00 |
| 6450 · Contract Labor | 44,650.36 |
| 6560 · Payroll Expenses | 16,493.59 |
| Salary Expenses - Other | 357.49 |
| **Total Salary Expenses** | 1,370,397.32 |
| | |
| **Variable Expense** | |
| **Maintenance Contracts** | |
| 7205 · Maintenance Contracts | 38,597.62 |
| Maintenance Contracts - Other | 370.00 |
| **Total Maintenance Contracts** | 38,967.62 |
| | |
| **Minor Equipment** | |
| 7000 · Minor Equipment | 3,300.00 |
| 7100 · Equipment Rental | 14,091.14 |
| **Total Minor Equipment** | 17,391.14 |

**11:09 AM**

**02/03/23**

**Cash Basis**

# Arthoscopic & Laser Surgery Center, LP
# Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---|
| **Repairs & Maintenance** | |
| 7200 · Repairs & Maintenance | 42,119.90 |
| Repairs & Maintenance - Other | 24,687.03 |
| **Total Repairs & Maintenance** | 66,806.93 |
| **Telephone** | |
| 7355 · Telephone Expense | 10,393.55 |
| 7356 · Data Communications | 2,888.82 |
| **Total Telephone** | 13,282.37 |
| **Travel** | |
| 7705 · Travel Expense | 160.70 |
| **Total Travel** | 160.70 |
| **Utilities** | |
| 7351 · Utilities-Electric | 39,964.00 |
| Utilities - Other | 12,985.26 |
| **Total Utilities** | 52,949.26 |
| 6500 · Supplies Med/Surg-Chargeable | 864,166.14 |
| 6521 · Supplies-Anesthesia-Non Charg. | 272.58 |
| 6525 · Supplies-Non Medical | 10,230.58 |
| 6530 · Supplies-Departmental | 607.06 |
| 6660 · Drugs-Chargeable | 50,050.16 |
| 6680 · Food Supplies | 21,364.32 |
| 6710 · Implants and Prosthetics | 1,368,308.87 |
| 6800 · Office Supplies | 12,672.49 |
| 6860 · Postage | 1,079.21 |
| 6870 · Delviery Charge | 1,059.68 |
| 6900 · Miscellaneous Expenses | 2,235.20 |
| 7375 · Linens | 47,389.88 |
| 7376 · Janitorial Expense | 43,501.62 |
| 7525 · Management Fees | 0.00 |
| 7530 · Legal Fees | 6,926.59 |
| 7535 · CPA Fees | 16,457.50 |
| 7536 · Contracted Consultants | 10,439.74 |
| 7537 · Computer Support/Technology | 15,132.00 |
| 7540 · Contract Servies | 62,539.78 |
| 7575 · Bank Service Charge | 8,250.14 |
| 7605 · Auto Expense | 826.00 |
| 7615 · Loan interest expense | 781.95 |
| 7700 · Recruiting & Relocation | 1,788.33 |
| 7780 · Dues & Subscriptions | 13,656.68 |
| **Total Variable Expense** | 2,749,294.52 |
| **Total Expense** | 4,523,643.29 |
| **Net Ordinary Income** | -295,709.13 |
| **Other Income/Expense** | |
| **Other Income** | |
| 5400 · PPP Loan | 0.00 |
| 5500 · Miscellanous Income | 4,391.44 |
| **Total Other Income** | 4,391.44 |

11:09 AM

02/03/23

Cash Basis

# Arthoscopic & Laser Surgery Center, LP
## Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---|
| **Other Expense** |  |
| 9716 · Depreciation-Leasehold Improv. | 10,452.96 |
| 9717 · Deprecaton-Equipment | 12,280.67 |
| 9718 · Depreciation - Auto | 28,952.76 |
| 9721 · Depreciation-Surgical Inst | 15,436.84 |
| **Total Other Expense** | 67,123.23 |
| **Net Other Income** | -62,731.79 |
| **Net Income** | **-358,440.92** |

11:08 AM

02/03/23

Cash Basis

# Arthoscopic & Laser Surgery Center, LP
# Balance Sheet
### As of December 31, 2022

|  | Dec 31, 22 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Cash & Temporary Investments** | |
| 1000 · Petty Cash | 500.00 |
| 1010 · Pacific Premiere - Operating | 1,815.53 |
| 1030 · Pacific Premiere - Payroll | 9.41 |
| 1040 · Pacific Premiere MM | 523.92 |
| **Total Cash & Temporary Investments** | 2,848.86 |
| **Total Checking/Savings** | 2,848.86 |
| **Other Current Assets** | |
| Accounts Receivable Trade | 0.00 |
| **Inventories** | |
| 1300 · Inventory-Med Supply Chargables | 220,891.33 |
| 1310 · Inventory-Pharmacy | 39,233.03 |
| 1341 · Inventory-Implants | 190,948.77 |
| **Total Inventories** | 451,073.13 |
| **Prepaid & Other Assets** | |
| 1505 · Prepaid Rent | 28,742.00 |
| 1510 · Prepaid Taxes | 6,200.39 |
| 1514 · Prepaid Service Agreements | 6,679.63 |
| 1524 · Prepaid Insurance | 39,227.71 |
| 1541 · Security Deposits | 200,000.00 |
| **Total Prepaid & Other Assets** | 280,849.73 |
| **Total Other Current Assets** | 731,922.86 |
| **Total Current Assets** | 734,771.72 |
| **Fixed Assets** | |
| **Accumulated Depreciation** | |
| 1796 · Acc Depr-Leashold Improvments | -1,029,904.72 |
| 1797 · Acc Depr-Equipment | -1,531,181.41 |
| 1798 · Acc  Depr-Auto | -123,049.23 |
| 1801 · Acc Depr Surgical Instruments | -220,982.84 |
| 1802 · Accumulated Deprec - Medical Eq | -144,114.04 |
| **Total Accumulated Depreciation** | -3,049,232.24 |
| **Property, Plant & Equipment** | |
| 1716 · Leasehold improvements | 1,020,259.31 |
| 1717 · Equipment | 1,528,906.37 |
| 1721 · Surgical Equipment | 150,383.48 |
| 1722 · Medical Equip | 372,992.58 |
| **Total Property, Plant & Equipment** | 3,072,541.74 |
| 1714 · Automobile | 189,533.70 |
| **Total Fixed Assets** | 212,843.20 |
| **TOTAL ASSETS** | **947,614.92** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · *Accounts Payable | -392.48 |
| **Total Accounts Payable** | -392.48 |

11:08 AM

02/03/23

Cash Basis

# Arthoscopic & Laser Surgery Center, LP
## Balance Sheet
### As of December 31, 2022

|  | Dec 31, 22 |
|---|---:|
| **Other Current Liabilities** | |
| **Acc Int & Other Current Liab.** | |
| 2457 · State Use Tax Payable | 0.29 |
| **Total Acc Int & Other Current Liab.** | 0.29 |
| **ConMed Lease** | -6,478.30 |
| 2138 · Legal Shield | 86.70 |
| 2141 · Aflac | -1,338.34 |
| 2401 · 401K Withheld | 870.61 |
| 2440 · Vehicle Loan | 39,512.31 |
| 2456 · Accrued Mgmt Fee | 462,296.36 |
| 2459 · Loan from Saratoga | 40,000.00 |
| 2500 · I/C Loan Payable | 800,000.00 |
| **Total Other Current Liabilities** | 1,334,949.63 |
| **Total Current Liabilities** | 1,334,557.15 |
| **Total Liabilities** | 1,334,557.15 |
| **Equity** | |
| **General Partner Equity** | |
| 2935 · Partnership Dist-Gen Part | -3,773,950.00 |
| **Total General Partner Equity** | -3,773,950.00 |
| **Limited Partner Equity** | |
| 2882 · Limited Partner-Repurchase | -3,060.00 |
| 2885 · Partnership Dist-LP | -1,013,740.00 |
| **Total Limited Partner Equity** | -1,016,800.00 |
| **Partnership Equity** | -193,592.02 |
| 32000 · Retained Earnings | 4,955,840.71 |
| Net Income | -358,440.92 |
| **Total Equity** | -386,942.23 |
| **TOTAL LIABILITIES & EQUITY** | **947,614.92** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Arthroscopic & Laser Surgery Center of San Diego, L.P.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Acumed, LLC 7995 Collection Center Dr. Chicago, IL 60693** | | **Medical equipment** | | | | **$1,175.95** |
| **Alicia Annette Clark c/o Lyon Law PC 3605 Long Beach Blvd., #311 Long Beach, CA 90807** | | **Civil Suit Judgment** | | | | **$811,390.27** |
| **Arthrex, Inc. P.O. Box 403511 Atlanta, GA 30384** | | **Medical equipment** | | | | **$548,767.08** |
| **Brasseler USA One Brasseler Blvd. Savannah, GA 31419** | | **Medical equipment** | | | | **$248.91** |
| **Global Power Group, Inc. 12060 Woodside Ave Lakeside, CA 92040** | | **Services** | | | | **$1,035.84** |
| **Hickman & Robinson, LLP 701 B St., Ste. 1840 San Diego, CA 92101** | | **Attorney fees** | | | | **$84,581.04** |
| **J & J Health Care Systems 5972 Collections Center Dr. Chicago, IL 60693** | | **Medical equipment** | | | | **$594.00** |

Debtor  **Arthroscopic & Laser Surgery Center of San Diego, L.P.**                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jan Pro of San Diego 4125 Sorrento Valley Blvd. Suite E San Diego, CA 92126** | | **Cleaning services** | | | | **$3,722.00** |
| **JJJ Enterprises P. O. Box 463021 Escondido, CA 92046** | | **Alarm services** | | | | **$565.00** |
| **McKesson Medical Surgical, Inc P.O. Box 933027 Atlanta, GA 31193** | | **Medical equipment** | | | | **$24,253.20** |
| **Medely P.O. Box 736997 Dallas, TX 75373** | | **Employment agency** | | | | **$3,060.65** |
| **Osteomed LP 2241 Collection Center Dr. Chicago, IL 60693** | | **Medical equipment** | | | | **$3,777.16** |
| **Paragon 28 Inc. Dept V1532 P.O. Box 17180 Denver, CO 80217** | | **Medical equipment** | | | | **$10,888.00** |
| **Saratoga Surgery Center Group 5471 Kearny Villa Rd., #100 San Diego, CA 92123** | | **loan** | | | | **$1,470,530.93** |
| **Shred-It c/o Stericycle 28883 Network Place Chicago, IL 60673** | | **Office services** | | | | **$305.83** |
| **Stryker Berchtold Com. 22491 Network Place Chicago, IL 60673** | | **Medical equipment** | | | | **$569.19** |
| **Stryker Endoscopy P.O. Box 93276 Chicago, IL 60673** | | **Medical equipment** | | | | **$130,616.51** |
| **Trilogy MedWaste P.O. Box 670567 Dallas, TX 75267** | | **Waste Services** | | | | **$250.66** |

Debtor  **Arthroscopic & Laser Surgery Center of San Diego, L.P.**          Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wright Medical Technology P.O. Box 503482 Saint Louis, MO 63150** | | **Medical equipment** | | | | **$3,532.26** |
| **Zimmer US 75 Remittance Dr., Ste. 3283 Chicago, IL 60675** | | **Medical equipment** | | | | **$96,422.81** |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 3

**Fill in this information to identify the case:**

Debtor name    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $ **471,349.48**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. $ **471,349.48**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ **37,751.61**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................... +$ **3,197,225.11**

4. **Total liabilities** .................................................................................
   Lines 2 + 3a + 3b    $ **3,234,976.72**

**Fill in this information to identify the case:**

Debtor name  **Arthroscopic & Laser Surgery Center of San Diego, L.P.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number (if known)  _____

☐ Check if this is an
     amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pacific Premier Bank** | **Checking** | **4137** | **$47,944.21** |
| 3.2. | **Pacific Premier Bank** | **Checking** | **2611** | **$0.00** |
| 3.3. | **Pacific Premier Bank** | **Checking** | **4129** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$47,944.21** |

**Part 2:**  **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor **Arthroscopic & Laser Surgery Center of San Diego, L.P.**

Case number *(If known)* _____

Name

Description, including name of holder of prepayment

8.1. **Prepaid Rent of $300,000 pursuant to the Lease Agreement, however any prepayment is setoff due to the $2,000,000+ in liquidated damages due under the lease should Debtor default.**  **$0.00**

9. **Total of Part 2.** | **$0.00**

Add lines 7 through 8. Copy the total to line 81.

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **640,940.88** - **427,293.92** = .... **$213,646.96**

face amount | doubtful or uncollectible accounts

12. **Total of Part 3.** | **$213,646.96**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Medical Supplies and Implants.** | **N/A** | **$0.00** | | **Unknown** |

23. **Total of Part 5.** | **$0.00**

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

| Debtor | **Arthroscopic & Laser Surgery Center of San Diego, L.P.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**3 desks**<br>**23 chairs**<br>**multiple cabinets**<br>**3 refrigerators**<br>**2 tables**<br>**water dispenser**<br>**1 television** | **$0.00** | | **$2,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**9 computer screens**<br>**1 Server**<br>**6 computer monitors**<br>**6 printers**<br>**9 telephones**<br>**2 Ipads** | **$0.00** | | **$3,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| **$5,000.00** |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

| Debtor | **Arthroscopic & Laser Surgery Center of San Diego, L.P.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes

<br>

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2018 Tesla Model X, Mileage 82000**<br>**Owned with David Chao** | **$0.00** | | **$23,286.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | **Arthroscopic & Laser Surgery Center of San Diego, L.P.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**LIST OF MEDICAL EQUIPMENT PART 1:**

3 WARMING CABINETS HALF
STERILIZER/WASHER VACAMATIC
STERILIZER/WASHER
INST LUB-HTS PURE WA
MANIFOLD RACK
CHAIR RECOVERY
3 LIGHT O.R. DOUBLE
ELECTROSURGICAL UNIT
ENDOSCOPIC ACL SYS
2 HOURGLASS W/O INSERT
3 FILTER HOUSING & TUB
FILTER HOUSING/TUBES
3 HAMPERS
IV POLES - 4 HOOK
3 TOURNIQUET AUTOMATIC
MODIFIED SUTURE
2 SUTURE PUNCH CURVED
ELECTROSURGICAL UNIT
PANELS WHIRLEY BIRD
SCOPE INTUBATION
CUBICLE CURTIANS
SHOWER CURTIANS
2 CHAIR RECOVERY
2 BED ELECTRIC
5 STRETCHER HYDRAULIC
SONY TELEVISION
MAGNAVOX TV
FILE HIGH DENSITY
SURGISLIDE
CONTROLLER SURGICAL
50K DRILL HANDSWITCH
3 CONTROLLER DRILL
2 MICRO DRIVER
HUDSON TRINKLE REAME
JACOB REAMER
SPINAL DRILL HANDSWI
2 JACOB CHUCK
2 SYNTHES CHUCK
50K DRILL HANDSWITCH
3 CONTROLLER SURGICAL
3 OSC SAW
TARZAN FABRIC SOFA
CERVICAL DISTRACTOR
TRANSVERSE CERVICAL
LONGITUDINAL CERVICA
CERVICAL DISTR LEFT
LONG CERVICAL DISTR
LONG CERVICAL DIST
LOT MED GAS EQUIP
6 CART C-LOCKERS
WOMENS LOCKERS
MENS LOCKERS
TRANSTIBIAL DRILL GU
CONDESATE RETURN
X-RAY MOBILE C-ARM
2 SYNTHES DRILL
CAVETATOR ULTRA
2 PIN COLLET

| | $0.00 | Appraisal | Unknown |
|---|---|---|---|

Debtor    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**

<span style="font-size:small">Name</span>

Case number *(If known)*

_____

**LIST OF MEDICAL EQUIPMENT PART 2:**

**UNGD LUMB GRFT DRVR**
**STILETTO OSTEO SET**
**LIGHT SOURCE XENON**
**INSTALL OF SOFTWARE**
**3 CPM MACHINE**
**2 LQD JOHNSON JAWS 130MM W.1**
**3 RT ANGLE CLAMPS**
**PEAPOD I-V DISC**
**VARIOUS NON-PERF CLAMPS**
**SURGICAL INSTRUMENTS**
**LQD JOHNSON JAWS**
**4  SURGICAL INSTRUMENTS**
**DERRICO NEVE ROOT RET**
**PRECISION MARKING RULE 12"**
**8"GRUENWALD BAY**
**SOD JOHNSON JAWS 130mm**
**DEBAKEY TIS FCPS THIN 7 3/4**
**ATRAUCLIP APPLIER SM. CLIP**
**10" WOODSON ELEVATOR/SPATULA**
**MULTIUSE HANDPIECEHIGH POWER**
**DELICATE IVD RONGEUR DOWN**
**DEBAKEY TIS FCPS THIN 7 3/4**
**7" WRK/LENGTH MULTI HOLE SUCT**
**CUSHING IVD RONGEUR DWN 7**
**CUSHING TIS FCPS 7-3/4**
**CERV GRAFT DRIVER-UNGUARD**
**CARB-BITE DEBAKEY NH6**
**FARR SPRING RETR 2 SHARP**
**STEVENS TENOTOMY SCISSORS CVD**
**CUSH BAY DRESS FCP 7 1/4**
**3.5 MM ONE PIECE HEX DRIVER**
**HANDPIECE CORD**
**3 SETS OF  SURGICAL INSTRUMENTS**
**BATTERY PACK**
**OPERATING SCS CVD S/S 5-1/2**
**TENOTOMY SCS**
**4 JARTI KERRISON RONGS**
**MF IRR /TI 8 3/4 1.5 mm TIP**
**STRYKER**
**HERBERT BONE SCREW**
**BONE TUNNEL PLUG**
**WIRE CUTTERS**
**IMPLANT SET CASE& WIRE PASSER**
**COBB GOUGE & COBB ELEVATOR**
**COBB CURRETTES**
**JAMISON METZENBAUM SCISSORS**
**PENFIELD DISSECTORS**
**LESKELL RONG**
**WIRE TIGHTENERS**
**KELLY FCPS 5 1/2**
**CLOSED 3 MM CURETTE**
**FLAT NOSED &LOCKING PLIERS**
**FARR WIRE RETRACTOR**

        **$0.00**                **Unknown**

| Debtor | **Arthroscopic & Laser Surgery Center of San Diego, L.P.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**LIST OF MEDICAL EQUIPMENT PART 3:**

**CANNULATED HEXAGONAL SCREWDRIV**
**CANN LUM DB STR**
**CLOSED SURETTE**
**SUGICAL DRILL**
**CANNULATED HEXAGONAL SCREWDRIV**
**THUMB 1X2 TEETH**
**CANNULATED HEX.**
**SELF RETAINING BLUNT RETRACTOR**
**COAGULATOR BIPOLAR**
**OBTURATOR**
**SMITH PETERSON**
**4 KNEE INSTRUMENTATION**
**STERILIZATION CASE,CHANDRO PIC**
**SUTURE CUTTER**
**CANNULATED OBTURATORS**
**4100 BATTERIES**
**COBB ELEVATOR &**
**BONE CLAMP**
**STERILIZER/WASHER VACAMATIC**
**SOFTWARE**
**MULTIUSE HANDPIECE**
**SALES USE TAX AMERICAN MEDICAL**
**4 ARTHOSCOPE**
**3 LIGHT SOURCE XENON**
**HANDPIECE, HI POWER MULTIUSE**
**HANDPIECE, HI POWER**
**MONITOR PATIENT**
**DEFIBRILLATOR**
**USE TAX/BREG, INC**
**USE TAX / BREG INC**
**SHIELD LEAD**
**LIGHT SOURCE XENON**
**PRINTER LASER**
**2 PUMP ARTHROSCOPIC**
**WARMING CABINET**
**PRINTER LASER**
**7 TRUCK SUPPLY**
**5  WARMER PATIENT**
**SWITCH**
**TABLE OPERATING**
**CABLE/STRYKER/FIBEROPTIC 5MMX1**
**WATER HEATER / ARS**
**SWITCH**
**LEG HOLDER/OSI/PREP ASSIST**
**9 BOOM EQUIPMENT**
**CART CAST S/S**
**CONTROLLER SURGICAL**
**ELECTROSURGICAL UNIT**
**LIGHT SOURCE COLD**
**2 MONITOR PATIENT**
**PUMP ARTHROSCOPIC**
**SAW CAST WITH VACUUM**
**SEQUENTIAL COMPRESSION DEVICE**
**TESTER STERILIZER**
**WARMER PATIENT**
**2 PRINTER LASER**
**PRINTER LINE**
**SWITCH**

| | **$0.00** | | **Unknown** |

| Debtor | **Arthroscopic & Laser Surgery Center of San Diego, L.P.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**LIST OF MEDICAL EQUIPMENT PART 4:**

**8 MONITOR PATIENT**
**TIME CLOCK/GORRIE REAGAN**
**LEG HOLDER/OSI/PREP**
**SHAVER/STRYKER/12K**
**2 ANESTHESIA MACHINE/KINGSBRIDGE**
**BATTERY CHARGER/STRYKER**
**PENDANT ASSYHAND5100/GETINGE**
**3 STANDARD VIDEO CART KIT**
**6  26" VISION ELECT HDTV SURGICAL**
**MITEL 5000 PHONE SYSTEM**
**TWO SURGICAL MONITORS**
**PUMP**
**STERILIZER/WASHER VACAMATIC**
**Traction Tower Extremity Traction**
**Refrigerator**
**Heating HW Pump**
**2 Pain table**
**Pre Op moniter**
**Bioler - autoclave**
**Patient monitor**                                                                   **$0.00**                                                   **Unknown**

Debtor   **Arthroscopic & Laser Surgery Center of San Diego, L.P.**
   Case number *(If known)*

<sub>Name</sub>

**LIST OF MEDICAL EQUIPMENT PART 5:**

**TISSUE FCPS & JARIT STEEL RULE**
**SPRATT CUREETE**
**HEISS RETRACTOR**
**REV. ANGLE CURETTES**
**24 SETS OF INSTRUMENT TRAYS**
**SURGICAL INSTRUMENTS**
**MEDLINE IND. SURGICAL INSTRUME**
**LINVATEC CORP. SURGICAL INSTRU**
**2 PILLING WECK SURGICAL INSTRUMENT**
**STRYKER ENDOSCOPY INSTRUMENTS**
**SYNTHES SURGICAL INSTRUMENTS**
**SURGICAL WEST SURGICAL INSTRUMENT**
**ARTHREX SURG INSTRUMENTS**
**STRYKER SURG INSTRUMENTS**
**ZIMMER SURG INSTRUMENTS**
**SYNTHES SURGICAL INSTRUMENTS**
**SURGICAL WEST SURGICAL INSTRUM**
**STRYKER SALES -**
**ORATEC INTERVENTIONS - SURG IN**
**S.F. CURRETTE**
**INTEGRA - SURG INST**
**SMITH & NEPHEW**
**ENDORO PICK**
**INTEGRA - SURG INST**
**BECKMAN RETRACTOR**
**SPULING RONGUER**
**PILLING WECK SURGICAL INSTRUMENT**
**ARTHREX SURG INSTRUMENTS**
**STRYKER SURG INSTRUMENTS**
**ZIMMER SURG INSTRUMENTS**
**SYNTHES SURGICAL INSTRUMENTS**
**SURGICAL WEST SURGICAL INSTRUM**
**STRYKER SALES -**
**ORATEC INTERVENTIONS - SURG IN**
**S.F. CURRETTE**
**INTEGRA - SURG INST**
**SMITH & NEPHEW**
**ENDORO PICK**
**INTEGRA - SURG INST**
**BECKMAN RETRACTOR**
**SPULING RONGUER**
**INTEGRA NEUROCARE SURGICAL INS**
**SYNTHES SURGICAL INSTRUMENTS**
**2 ARTHREX SURGICAL INSTRUMENTS**
**PUMP CANNULA**
**CANNULA STEP DRILL**
**CRILE WOOD HEAVY**
**CRILE WOOD**
**ALLEIGIANCE - SURG INST**
**SCISSORS AS PER**
**BULLET, TRI-POINT**
**RASP, RND, HF, 8MM**
**OBTURATOR 5.5 MM**       **$0.00**       **Unknown**

| Debtor | **Arthroscopic & Laser Surgery Center of San Diego, L.P.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**LIST OF MEDICAL EQUIPMENT PART 6:**

**S-F CURETTE 9"**
**S-F CURETTE ANGLED 9"**
**S-F CURETTE ANGLED 9"**
**S-F CURETTE 9"**
**5 STRYKER SURGICAL INSTRUMENTS**
**17 ARTHREX SURG INSTSMITH & NEPHEW SURG INST**
**PILLING WECK SURGICAL INSTRUME**
**SMITH AND NEPHEW SURG INST**
**SYNTHES SURG INST**
**INTEGRA NEUROCARE SURGICAL INS**
**SURG INST USE TAX**
**INTEGRA SURG INST**
**2 MITEK SURG INST**
**MEDICAL RESOURSES SURG INST**
**J & J SURG INST**
**ARTHREX SURG INST**
**OBTURATOR, REUSABLE**
**J&J SURG INST**
**HANDPIECE, MULTIUSE**
**HANDPIECE, MULTIUSE**
**MEDLINE SURG INST**
**SUTURE PASSER,EXPRESS SEW**                    $0.00                    Unknown

---

**Pre-Op, Operating room and Post-Anesthesia Care Unit (PACU) furniture and fixtures:**
**3 computer screens**
**4 monitors**
**3 printers**
**13 phones**
**23 chairs**
**3 pre-op chairs**
**5 gurneys**
**OR table**
**2 C- arms**
**3 autdaves**
**1 washer/sterilizer**
**3 Anest machines**
**3 PACU monitors**
**3 refrigerators**
**4 blanket warmers**
**3 suction machines**
**1 freezer**
**1 water dispenser**
**1 television**
**1 blood pressure machines**                    $0.00                    $0.00

---

Debtor    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**    Case number *(If known)*

Name

**LIST OF MEDICAL EQUIPMENT PART 7:**

| | | |
|---|---|---|
| **COILS F/HEATING HOT WATER** | | |
| **FLOORING/TILE IN OR** | | |
| **BOILER/A O REED CO/REPLACEMENT** | | |
| **COMPRESSOR/AO REED/6 TON** | | |
| **ALARM PANEL/AIRGAS/F/MEDGAS SY** | | |
| **REPLACE COMPRESSOR** | | |
| **Power assisted door closer** | | |
| **HOT WATER PUMP ARMSTRONG** | | |
| **HVAC 2 HP MOTOR IN ROOM #3** | | |
| **ELECTRIC LATCH EXIT DEVICE 313** | | |
| **AUTOMATIC DOOR OPENER** | | |
| **Steam Generator on the roof** | | |
| **Hot water Coils** | | |
| **Alarm system** | | |
| **OR 2 Flooring** | | |
| **Vacum Pump** | | |
| **Global Power - Generator** | | |
| **Air Compressor** | | |
| **2 trane units & evaporator coils** | $0.00 | $0.00 |

**LIST OF MEDICAL EQUIPMENT PART 8:**

| | | |
|---|---|---|
| **Shampaine Table 5100 Hand Cont** | | |
| **2 ANESTHESIA MONITORS** | | |
| **2 CARDIOCAP 5 OPTIONS** | | |
| **3 MICRO DRILL MEDIUM STRAIGHT AT** | | |
| **3 1/4 INCH DRILL WITH JACOBS CHU** | | |
| **2 SYSTEM 6 CHARGER** | | |
| **7 TPS HANDPIECE CORD** | | |
| **3 Micro Sagittal Saw** | | |
| **6 UNIVERSAL HANDSWITCH** | | |
| **3 SYNTHES DRILL** | | |
| **3 CORE MICRO DRILL** | | |
| **3 CORDLESS DRIVER 3** | | |
| **3 CORE UNIVERSAL DRIVER** | | |
| **STERILIZER FLASH-GUARD 23 (FG-** | | |
| **2.3MM 30 DGR ARTHROSCOPE WRIST** | $0.00 | $0.00 |

Debtor    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**          Case number *(If known)* _____

Name

**LIST OF MEDICAL EQUIPMENT PART 9:**

**Steam Control Valve**
**C-arm**
**Beach Chair**
**Surgical Table**
**Prep holder for OR Table**
**Beach Chair**
**OR Chair**
**Color Printer**
**2 printers**
**Shelf**
**Endoscopy**
**Traction Device**
**Surgical Tray**
**2 OR Beds**
**2 OR Beds final payment**
**Arm Table**
**Sterrad NX Equipment**
**Ankle Distractor Set**
**Monitor - Stryker**
**Anesthesia Machine**
**Sterlizer trays**
**IV pump**
**Surgical Equip**
**Cordless Driver w 1/4" drill**
**Blunt Nose Assembly**
**Fiber Tape Retriever w/ NR Handle**
**OR Bed**
**3 Anesthesia monitors**
**2 Gurneys**
**Vacumn Pump**
**Lithium Battery Pack & Charger**
**2 Sets of Surgical instruments**                                          $0.00                              $0.00

---

51.   **Total of Part 8.**                                                                                            $23,286.00
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ☒ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

      ☒ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ☒ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

Debtor  **Arthroscopic & Laser Surgery Center of San Diego, L.P.**

Case number *(If known)* _____

<sub>Name</sub>

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  |  |
|---|---|
|  | **Current value of debtor's interest** |

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**11 U.S.C. 547 Preference Action for Money levied from bank account on 1/19/2023.**<br>**Funds were levied by Judgment Creditor Alicia Clark on 1/19/2023, whereby the above-referenced funds totalling $147,472.31 were levied from the Debtor's First Premier Bank Checking Account, transmitted to the Sheriff on 2/1/2023, and subsequently sent to Lyon Law (Attorney for Alicia Clark) on 2/22/23.** | $147,472.31 |

| | | |
|---|---|---|
| Nature of claim | **Preference Action Pursuant to 11 U.S.C. 547 for payment within 90 days of filing** | |
| Amount requested | **$147,472.31** | |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Recovery of Preferential Payment paid to Dr. Chao for repayment of $34,000 loan given on 2/6/2023 and repaid by Debtor on 3/10/2023.** | $34,000.00 |

| | | |
|---|---|---|
| Nature of claim | **11 U.S.C. 547 Preference to Insider** | |
| Amount requested | **$34,000.00** | |

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Listed for disclosure purposes.**<br>**The Debtor transferred multiple payments to Saratoga's Checking Account in order to operate business and avoid a levy.  However, all funds / transfers were returned to the Debtor before filing.  Debtor made multiple transactions totalling: $562,650.00 to Saratoga, and Saratoga returned $612,860 in total funds, thus all funds returned.** | $0.00 |

Debtor    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**

Case number *(If known)*
_____

Name

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$181,472.31** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor  **Arthroscopic & Laser Surgery Center of San Diego, L.P.**

Case number *(If known)*

Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $47,944.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $213,646.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $23,286.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $181,472.31 | |
| 91. **Total.** Add lines 80 through 90 for each column | $471,349.48 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $471,349.48 |

Schedule A/B Assets - Real and Personal Property

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Laura Harding** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016 |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Line from *Schedule A/B*: | _____ | ☐ _____<br><br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

     ☐ No

     ☐ Yes

**Fill in this information to identify the case:**

Debtor name **Arthroscopic & Laser Surgery Center of San Diego, L.P.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **US BANK**<br>Creditor's Name<br><br>**West Auto Loan**<br>**PO BOX 790179**<br>**Saint Louis, MO 63179-0179**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2018**<br>**Last 4 digits of account number**<br>**0889**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2018 Tesla Model X, Mileage 82000**<br>**Owned with David Chao**<br><br><br>Describe the lien<br>**Auto Loan**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37,751.61 | $46,572.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $37,751.61

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | **$0.00** | **$0.00** |

**2.1**   Priority creditor's name and mailing address
**Franchise Tax Board**
**MS A340**
**P.O. Box 2952**
**Sacramento, CA 95812**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**notice only**

Is the claim subject to offset?
■ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| | | **$0.00** | **$0.00** |

**2.2**   Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Oper.**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**notice only**

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Arthroscopic & Laser Surgery Center of San Diego, L.P. | Case number *(if known)* |
|---|---|---|
| | Name | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,175.95 |
|---|---|---|
| Acumed, LLC | ☐ Contingent | |
| 7995 Collection Center Dr. | ☐ Unliquidated | |
| Chicago, IL 60693 | ☐ Disputed | |
| Date(s) debt was incurred  **2/2023** | Basis for the claim:  **Medical equipment** | |
| Last 4 digits of account number  **0380** | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $811,390.27 |
|---|---|---|
| Alicia Annette Clark | ☐ Contingent | |
| c/o Lyon Law PC | ☐ Unliquidated | |
| 3605 Long Beach Blvd., #311 | ☐ Disputed | |
| Long Beach, CA 90807 | | |
| Date(s) debt was incurred  **2018** | Basis for the claim:  **Civil Suit Judgment** | |
| Last 4 digits of account number  **TCTL** | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $548,767.08 |
|---|---|---|
| Arthrex, Inc. | ☐ Contingent | |
| P.O. Box 403511 | ☐ Unliquidated | |
| Atlanta, GA 30384 | ☐ Disputed | |
| Date(s) debt was incurred  **2020-2023** | Basis for the claim:  **Medical equipment** | |
| Last 4 digits of account number  **6914** | | |
| | Is the claim subject to offset? ☐ No  ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $248.91 |
|---|---|---|
| Brasseler USA | ☐ Contingent | |
| One Brasseler Blvd. | ☐ Unliquidated | |
| Savannah, GA 31419 | ☐ Disputed | |
| Date(s) debt was incurred  **2/2023** | Basis for the claim:  **Medical equipment** | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,035.84 |
|---|---|---|
| Global Power Group, Inc. | ☐ Contingent | |
| 12060 Woodside Ave | ☐ Unliquidated | |
| Lakeside, CA 92040 | ☐ Disputed | |
| Date(s) debt was incurred  **2/2023** | Basis for the claim:  **Services** | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $191.99 |
|---|---|---|
| Helix Mechanical | ☐ Contingent | |
| 1100 N. Magnolia Ave. | ☐ Unliquidated | |
| Suite L | ☐ Disputed | |
| El Cajon, CA 92020 | | |
| Date(s) debt was incurred  **2/2023** | Basis for the claim:  **Services** | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,581.04 |
|---|---|---|
| Hickman & Robinson, LLP | ☐ Contingent | |
| 701 B St., Ste. 1840 | ☐ Unliquidated | |
| San Diego, CA 92101 | ☐ Disputed | |
| Date(s) debt was incurred  **2020-2023** | Basis for the claim:  **Attorney fees** | |
| Last 4 digits of account number  _ | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Arthroscopic & Laser Surgery Center of San Diego, L.P.** | Case number *(if known)* |
| | Name | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $594.00 |
| | **J & J Health Care Systems**<br>**5972 Collections Center Dr.**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2/2023__ | Basis for the claim:  __Medical equipment__ | |
| | Last 4 digits of account number  __3441__ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,722.00 |
| | **Jan Pro of San Diego**<br>**4125 Sorrento Valley Blvd.**<br>**Suite E**<br>**San Diego, CA 92126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __1/2023-2/2023__ | Basis for the claim:  __Cleaning services__ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $565.00 |
| | **JJJ Enterprises**<br>**P. O. Box 463021**<br>**Escondido, CA 92046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2/2023__ | Basis for the claim:  __Alarm services__ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,253.20 |
| | **McKesson Medical Surgical, Inc**<br>**P.O. Box 933027**<br>**Atlanta, GA 31193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __1/2022-1/2023__ | Basis for the claim:  __Medical equipment__ | |
| | Last 4 digits of account number  __2514__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,060.65 |
| | **Medely**<br>**P.O. Box 736997**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2/2023__ | Basis for the claim:  __Employment agency__ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $189.00 |
| | **Medico Professional Linen Svcs**<br>**2201 E. Carson St.**<br>**Long Beach, CA 90807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2/2023__ | Basis for the claim:  __Linen services__ | |
| | Last 4 digits of account number  __0000__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Orange County Sheriff**<br>**Harbor Division**<br>**4601 Jamboree Road, RM 108**<br>**Newport Beach, CA 92660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  __notice only__ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Arthroscopic & Laser Surgery Center of San Diego, L.P.**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Osteomed LP**<br>**2241 Collection Center Dr.**<br>**Chicago, IL 60693**<br><br>Date(s) debt was incurred  **1/2023-2/2023**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Medical equipment**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,777.16** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Paragon 28 Inc.**<br>**Dept V1532**<br>**P.O. Box 17180**<br>**Denver, CO 80217**<br><br>Date(s) debt was incurred  **12/2022-2/2023**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Medical equipment**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,888.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**POS Profeessional Office Svcs**<br>**P.O. Box 450**<br>**Waterloo, IA 50704**<br><br>Date(s) debt was incurred  **2/2023**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Medical billings services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$90.79** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**ProPharma Distribution**<br>**11005 Dover St., Ste. 1000**<br>**Broomfield, CO 80021**<br><br>Date(s) debt was incurred  **2/2023**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Medical equipment**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$213.92** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Quill Corporation**<br>**P.O. Box 37600**<br>**Philadelphia, PA 19101**<br><br>Date(s) debt was incurred  **2/2023**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Office supplies**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$127.12** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Saratoga Surgery Center Group**<br>**5471 Kearny Villa Rd., #100**<br>**San Diego, CA 92123**<br><br>Date(s) debt was incurred  **12/2010**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,470,530.93** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Shred-It c/o Stericycle**<br>**28883 Network Place**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred  **2/2023**<br><br>Last 4 digits of account number  **9143** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Office services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$305.83** |

| | |
|---|---|
| Debtor | **Arthroscopic & Laser Surgery Center of San Diego, L.P.** |
| | Name |

Case number (if known) _____

---

**3.22** Nonpriority creditor's name and mailing address
**Stryker Berchtold Com.**
22491 Network Place
Chicago, IL 60673

Date(s) debt was incurred  2/2023

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Medical equipment

Is the claim subject to offset? ☐ No ☐ Yes

$569.19

---

**3.23** Nonpriority creditor's name and mailing address
**Stryker Endoscopy**
P.O. Box 93276
Chicago, IL 60673

Date(s) debt was incurred  2021-2023

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Medical equipment

Is the claim subject to offset? ☐ No ☐ Yes

$130,616.51

---

**3.24** Nonpriority creditor's name and mailing address
**The Watkins Firm**
9915 Mira Mesa Blvd., Ste. 130
San Diego, CA 92131

Date(s) debt was incurred  2/2023

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Attorney fees

Is the claim subject to offset? ☐ No ☐ Yes

$125.00

---

**3.25** Nonpriority creditor's name and mailing address
**Trilogy MedWaste**
P.O. Box 670567
Dallas, TX 75267

Date(s) debt was incurred  1/2023

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Waste Services

Is the claim subject to offset? ■ No ☐ Yes

$250.66

---

**3.26** Nonpriority creditor's name and mailing address
**Wright Medical Technology**
P.O. Box 503482
Saint Louis, MO 63150

Date(s) debt was incurred  2/2023

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Medical equipment

Is the claim subject to offset? ■ No ☐ Yes

$3,532.26

---

**3.27** Nonpriority creditor's name and mailing address
**Zimmer US**
75 Remittance Dr., Ste. 3283
Chicago, IL 60675

Date(s) debt was incurred  2020-2023

Last 4 digits of account number  1805

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Medical equipment

Is the claim subject to offset? ■ No ☐ Yes

$96,422.81

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Debtor | Arthroscopic & Laser Surgery Center of San Diego, L.P. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.1** | **1370 Creekside Blvd.**<br>**Naples, FL 34108** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| **4.2** | **14445 Grasslands Dr.**<br>**Englewood, CO 80112** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| **4.3** | **345 E. Main St.**<br>**c/o Legal Department**<br>**Warsaw, IN 46580** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| **4.4** | **3885 Arapaho Rd.**<br>**Addison, TX 75001** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| **4.5** | **6535 State Hwy 161**<br>**Irving, TX 75039** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| **4.6** | **9954 Mayland Dr., Ste. 5176**<br>**Henrico, VA 23233** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| **4.7** | **CSC Lawyers Incorporating Serv**<br>**2710 Gateway Oaks**<br>**Sacramento, CA 95833** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| **4.8** | **CSC Lawyers Incorporating Serv**<br>**2710 Gateway Oaks**<br>**Sacramento, CA 95833** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| **4.9** | **CSC Lawyers Incorporating Serv**<br>**2710 Gateway Oaks**<br>**Sacramento, CA 95833** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| **4.10** | **CT Corporation Systems**<br>**330 N. Brand Ave.**<br>**Glendale, CA 91203** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| **4.11** | **CT Corporation Systems**<br>**330 N. Brand Ave.**<br>**Glendale, CA 91203** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| **4.12** | **Registered Agents Inc.**<br>**1401 21st St., Ste. R**<br>**Sacramento, CA 95811** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| **4.13** | **Stryker**<br>**5900 Optical Ct.**<br>**San Jose, CA 95138** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Arthroscopic & Laser Surgery Center of San Diego, L.P.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **Stryker**<br>**2825 Airview Blvd.**<br>**Portage, MI 49002** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Wright Medical Technology**<br>**320 State Pl.**<br>**Escondido, CA 92029** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **3,197,225.11** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **3,197,225.11** |

**Fill in this information to identify the case:**

Debtor name  **Arthroscopic & Laser Surgery Center of San Diego, L.P.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Third Amendment to Master Commercial Lease Agreement to lease office space commonly referred to as: 5471 Kearnt Villa Road, San Diego, CA. 7/1/2023 - 6/30/2024 = $30,492.39 per month 7/1/2024 - 6/30/2025 = $31,407.16 per month 7/1/2025 - 6/30/2026 = $32,349.37 per month 7/1/2026 - 6/30/2027 = $33,319.86 per month 7/1/2027 - 6/30/2028 = $34,319.45 per month** | |
| State the term remaining | 3/24/2023 - 6/30/2023 | **LLJ Office Ventures 5, LLC P.O. Box 845592 Los Angeles, CA 90084** |
| List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify your case:**

Debtor 1   **Laura Harding**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1.  **Fill in your employment information.**

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** |  |  |
| **Employer's name** |  |  |
| **Employer's address** |  |  |
| **How long employed there?** |  |  |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

### Part 2:        Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2.  $        0.00 | $        0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3.  +$        0.00 | +$        0.00 |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4.  $        0.00 | $        0.00 |

Debtor 1  **Arthroscopic & Laser Surgery Center of San Diego, L.P.**          Case number (*if known*) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** .......................................... | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.     7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.   $ 0.00   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.     10.   $ 0.00  +  $ 0.00  =  $ 0.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____     11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies     12.   $ 0.00
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☑  No.
    ☐  Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1          **Laura Harding**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA
                                          REVISED PLAN 6/2016

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
   13 expenses as of the following date:

   _____
   MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses                                                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

## Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No

    Do not list Debtor 1 and      ☐ Yes.  Fill out this information for    **Dependent's relationship to**   **Dependent's**   **Does dependent**
    Debtor 2.                              each dependent.............      **Debtor 1 or Debtor 2**          **age**           **live with you?**

    Do not state the                                                                                                           ☐ No
    dependents names.                                                                                                          ☐ Yes
                                                                                                                               ☐ No
                                                                                                                               ☐ Yes
                                                                                                                               ☐ No
                                                                                                                               ☐ Yes
                                                                                                                               ☐ No
                                                                                                                               ☐ Yes

3.  **Do your expenses include**     ■ No
    **expenses of people other than**
    **yourself and your dependents?**  ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know
the value of such assistance and have included it on *Schedule I: Your Income*
(Official Form 106I.)

| | **Your expenses** |
|---|---|

| | | |
|---|---|---:|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Official Form 106J                          Schedule J: Your Expenses                              page 1

Debtor 1  **Arthroscopic & Laser Surgery Center of San Diego, L.P.**      Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 0.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | |
|---|---|---|
| 22. | **Calculate your monthly expenses** | |
| | 22a. Add lines 4 through 21. | $ 0.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ 0.00 |

| | | |
|---|---|---|
| 23. | **Calculate your monthly net income.** | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ 0.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ 0.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here: _____

**Fill in this information to identify the case:**

Debtor name  **Arthroscopic & Laser Surgery Center of San Diego, L.P.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$4,166,766.94** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$4,577,852.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **Arthroscopic & Laser Surgery Center of San Diego, L.P.**          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Alicia Annette Clark**<br>**c/o Lyon Law PC**<br>**3605 Long Beach Blvd., #311**<br>**Long Beach, CA 90807** | **Money levied from bank account 1/19/2023** | $147,472.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Judgment from wrongful termination lawsuit** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **David J. Chao**<br>**8901 Activity Road**<br>**San Diego, CA 92126**<br>**Partner** | **3/15/2023** | $34,000.00 | **Reimbursement for bridge loan to cover payroll** |
| 4.2. **Saratoga Surgery Group, Inc.**<br>**8901 ACTIVITY ROAD**<br>**San Diego, CA 92126**<br>**General Partner** | **25 back and forth transfers from 1/24/2023 to 3/24/2023** | $0.00 | **The Debtor transferred multiple payments to Saratoga's Checking Account in order to operate business and avoid a levy.  However, all funds were returned to the Debtor before filing.  Debtor made multiple transactions totalling$562,650.00 to Saratoga, and Saratoga returned $612,860 in total funds, thus all funds returned.** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor  **Arthroscopic & Laser Surgery Center of San Diego, L.P.**          Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Alicia Annette Clark v. Arthroscopic & Laser Surgery Center of San Diego**<br>37-2018-00026654-CU-WT-CTL | **Civil** | **Superior Court of CA County of SD, Central Div.**<br>**330 W Broadway**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:  Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:  Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:  Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bankruptcy Law Center**<br>**1230 Columbia St., Ste. 1100**<br>**San Diego, CA 92101** | **Debtor paid for pre-bankruptcy legal services involving Debtor's exam and negotiations with Judgment Creditor, as well as a retainer for Chapter 11 legal fees.** | **3/21/2023 ($50,000),**<br>**1/27/2023 ($1,000)** | **$51,000.00** |
| | Email or website address<br>**www.bankruptcyattorneys.org** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**          Case number *(if known)* _____

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Arthroscopic & Laser Surgery Center of San Diego 5731 Kearny Villa Road, Suite 100 San Diego, CA 92123-3000** | **Surgical Center - Business provides facilities for Physicians to perform surgeries on their patients.** | **1500** |
| | | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* **5731 Kearny Villa Road, Suite 100, San Diego, CA 92123** | **How are records kept?** *Check all that apply:* ■ Electronically ■ Paper |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Debtor    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**    Case number *(if known)* _____

**The Surgery Center collects medical records on all patients which includes demographics, SSN's, and insurance information, which includes private information per HIPAA. The Center keeps hardcopies of files on site for up to 6 months, and for another 9 months records are scanned to the server (which is encrypted and backed up on the cloud). All records are also housed offsite at CorData.**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.

    ■ Yes. Does the debtor serve as plan administrator?

        ■ No Go to Part 10.

        ☐ Yes. Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
| --- | --- |

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| **Cordata**<br>**8150 Corporate Park Drive**<br>**Suite 210**<br>**Cincinnati, OH 45242** | **Cordata - Medical Records Storage** | **Medical Records backed up and held offsite.** | ☐ No<br>■ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
| --- | --- |

Debtor    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**          Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Saratoga Surgery Group, Inc.**<br>**8901 ACTIVITY ROAD**<br>**San Diego, CA 92126** | **General Partner of Debtor** | EIN:<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**          Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Robert E. Dennis**<br>**Dennis & Dennis LLP**<br>**P.O. Box 720609**<br>**San Diego, CA 92172** | **9/2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Saratoga Surgery Center Group** | **5471 Kearny Villa Rd., #100 San Diego, CA 92123** | **General partner** | **79%** |
| **David J. Chao** | **8901 Activity Road San Diego, CA 92126** | **Partner** | **18%** |
| **Matthew Gargulinski, DO** | **35080 Via Cerro Vista Temecula, CA 92592** | **Partner** | **3%** |
| **Laura Harding** | **5471 Kearny Villa Rd., #100 San Diego, CA 92123** | **Secretary** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | **Arthroscopic & Laser Surgery Center of San Diego, L.P.** | Case number *(if known)* | |

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | Dr. Chao provided $34,000 as a bridge loan to the Debtor in order to cover payroll on 1/27/2023, so as to pay the employees payroll.  The Debtor paid said loan back on 3/15/2023. |
| | **David Chao**<br>**5471 Kearny Villa Rd., #100**<br>**San Diego, CA 92123** | **$34,000** | **3/15/2023** | |
| | Relationship to debtor<br>**President of Saratoga Surgery Center Group, Inc.** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Arthroscopic & Laser Surgery Center of San Diego, L.P.**        Case number *(if known)* _____

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 24, 2023**

**/s/ Laura Harding**                                    **Laura Harding**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Secretary, Saratoga Surgery Center Group, Inc.**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **9**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California revised plan 6/2016

In re   **Arthroscopic & Laser Surgery Center of San Diego, L.P.**                         Case No. _____
                                          Debtor(s)                                       Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................   $       **48,262.00**

   Prior to the filing of this statement I have received ................................   $       **48,262.00**

   Balance Due .............................................................................................   $            **0.00**

2.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   **March 24, 2023**                                           **/s/ Ahren A. Tiller**
   *Date*                                                       **Ahren A. Tiller 250608**
                                                                *Signature of Attorney*
                                                                **Bankruptcy Law Center**
                                                                **1230 Columbia St., Suite 1100**
                                                                **San Diego, CA 92101**
                                                                **619-894-8831   Fax: 866-444-7026**
                                                                *Name of law firm*

---

# United States Bankruptcy Court
## Southern District of California revised plan 6/2016

In re **Arthroscopic & Laser Surgery Center of San Diego, L.P.**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Saratoga Surgery Group, Inc.**<br>**8901 ACTIVITY ROAD**<br>**San Diego, CA 92126** | | | **General Partner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Secretary, Saratoga Surgery Center Group, Inc.** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 24, 2023**

Signature **/s/ Laura Harding**
**Laura Harding**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Ahren A. Tiller 250608**
**1230 Columbia St., Suite 1100**
**San Diego, CA 92101**
**619-894-8831**
**250608 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Arthroscopic & Laser Surgery Center of San Diego, L.P.**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■ New petition filed. Creditor <u>diskette</u> required.                     TOTAL NO. OF CREDITORS:  **43**

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.     TOTAL NO. OF CREDITORS:____
    ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:  **March 24, 2023**

**/s/ Laura Harding**
**Laura Harding**/**Secretary, Saratoga Surgery Center Group, Inc.**
Signer/Title

### REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

**CSD 1008 (Page 2)** [08/21/00]

## INSTRUCTIONS

1) Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2) A creditors matrix with <u>Verification</u> is required whenever the following occurs:

  a) A new petition is filed.  Diskette required.

  b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

  c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3) The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4) CONVERSIONS:

  a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

  b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

  a) <u>Scannable matrix format required.</u>

  b) The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

  c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

**CSD 1008**

```
1370 Creekside Blvd.
Naples, FL 34108



14445 Grasslands Dr.
Englewood, CO 80112



345 E. Main St.
c/o Legal Department
Warsaw, IN 46580



3885 Arapaho Rd.
Addison, TX 75001



6535 State Hwy 161
Irving, TX 75039



9954 Mayland Dr., Ste. 5176
Henrico, VA 23233



Acumed, LLC
7995 Collection Center Dr.
Chicago, IL 60693



Alicia Annette Clark
c/o Lyon Law PC
3605 Long Beach Blvd., #311
Long Beach, CA 90807



Arthrex, Inc.
P.O. Box 403511
Atlanta, GA 30384
```

Brasseler USA
One Brasseler Blvd.
Savannah, GA 31419


CSC Lawyers Incorporating Serv
2710 Gateway Oaks
Sacramento, CA 95833


CT Corporation Systems
330 N. Brand Ave.
Glendale, CA 91203


Franchise Tax Board
MS A340
P.O. Box 2952
Sacramento, CA 95812


Global Power Group, Inc.
12060 Woodside Ave
Lakeside, CA 92040


Helix Mechanical
1100 N. Magnolia Ave.
Suite L
El Cajon, CA 92020


Hickman & Robinson, LLP
701 B St., Ste. 1840
San Diego, CA 92101


Internal Revenue Service
Centralized Insolvency Oper.
PO Box 7346
Philadelphia, PA 19101-7346


J & J Health Care Systems
5972 Collections Center Dr.
Chicago, IL 60693

Jan Pro of San Diego
4125 Sorrento Valley Blvd.
Suite E
San Diego, CA 92126


JJJ Enterprises
P. O. Box 463021
Escondido, CA 92046


LLJ Office Ventures 5, LLC
P.O. Box 845592
Los Angeles, CA 90084


McKesson Medical Surgical, Inc
P.O. Box 933027
Atlanta, GA 31193


Medely
P.O. Box 736997
Dallas, TX 75373


Medico Professional Linen Svcs
2201 E. Carson St.
Long Beach, CA 90807


Orange County Sheriff
Harbor Division
4601 Jamboree Road, RM 108
Newport Beach, CA 92660


Osteomed LP
2241 Collection Center Dr.
Chicago, IL 60693


Paragon 28 Inc.
Dept V1532
P.O. Box 17180
Denver, CO 80217

```
POS Profeessional Office Svcs
P.O. Box 450
Waterloo, IA 50704


ProPharma Distribution
11005 Dover St., Ste. 1000
Broomfield, CO 80021


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101


Registered Agents Inc.
1401 21st St., Ste. R
Sacramento, CA 95811


Saratoga Surgery Center Group
5471 Kearny Villa Rd., #100
San Diego, CA 92123


Shred-It c/o Stericycle
28883 Network Place
Chicago, IL 60673


Stryker
5900 Optical Ct.
San Jose, CA 95138


Stryker
2825 Airview Blvd.
Portage, MI 49002


Stryker Berchtold Com.
22491 Network Place
Chicago, IL 60673
```

```
Stryker Endoscopy
P.O. Box 93276
Chicago, IL 60673


The Watkins Firm
9915 Mira Mesa Blvd., Ste. 130
San Diego, CA 92131


Trilogy MedWaste
P.O. Box 670567
Dallas, TX 75267


US BANK
West Auto Loan
PO BOX 790179
Saint Louis, MO 63179-0179


Wright Medical Technology
P.O. Box 503482
Saint Louis, MO 63150


Wright Medical Technology
320 State Pl.
Escondido, CA 92029


Zimmer US
75 Remittance Dr., Ste. 3283
Chicago, IL 60675
```